# The Law Offices of
# O&D
## ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com         telephone: 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com            telephone: 917.238.9332

December 6, 2023

**VIA ECF**
Hon. Naomi R. Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   **United States v. Amaya, 22 Cr. 010 (NRB)**
       Request to Excuse Jose Figueroa from the 12/7/2023 Status Conference

Dear Judge Buchwald:

I represent defendant Jose Figueroa in the above referenced matter. Mr. Figueroa and the Government have reached a disposition in this case and Mr. Figueroa plans to accept the plea offer extended by the Government. In light of Mr. Figueroa's decision to plead guilty in this matter, I am requesting that Mr. Figueroa please be excused from the December ~~12~~ 7, 2023 status conference and not produced.

I have conferred with the Government and the Government has no objection to this request.

Thank you for your Honor's consideration.

Respectfully,

Esere J. Onaodowan, Esq.

---

*Handwritten endorsement:*

Endorsement

Application granted. Speedy trial time excluded until the next conference now scheduled for January 4, 2024. So Ordered!

Naomi Reice Buchwald, USDJ
December 7, 2023

1 | Page